UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARIAN SHAHOLLI,

    Petitioner,

vs.

Case No. 05-CV-74051
HON. GEORGE CARAM STEEH

PHILIP WRONA,

    Respondent.

_____/

## ORDER GRANTING RESPONDENT'S MOTION TO VACATE STAY OF REMOVAL (#6) AND DISMISSING PETITION FOR LACK OF SUBJECT MATTER JURISIDCTION

For the reasons stated on the record at a November 2, 2005 hearing, respondent's motion to vacate the October 21, 2005 stay of petitioner's removal or deportation is hereby GRANTED, and the October 21, 2005 stay is hereby VACATED. Also for the reasons stated on the record, Arian Shaholli's petition for habeas corpus relief and declaratory judgment is hereby DISMISSED for lack of federal subject matter jurisdiction in this district court.

SO ORDERED.

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

Dated: November 2, 2005

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on November 2, 2005, by electronic and/or ordinary mail.

s/Josephine Chaffee
Secretary/Deputy Clerk